Bonnie MacNaughton (Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700
Email:         bonniemacnaughton@dwt.com

Rasheed McWilliams (Bar No. 281832)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:     (213) 633-6800
Facsimile:     (213) 633-6899
Email:         rasheedmcwilliams@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         jakefreed@dwt.com

Attorneys for Plaintiff
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Meta Platforms, Inc., a Delaware corporation,<br><br>*Plaintiff*,<br><br>        v.<br><br>Chad Taylor Cowan, dba Customer Feedback Score Solutions,<br><br>*Defendant*. | Case No.<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff Meta Platforms, Inc. ("Meta") alleges the following:

**INTRODUCTION**

1.     Since no later than September 9, 2020, Defendant Chad Taylor Cowan has operated an unlawful business, using the website cfs.solutions, to assist deceptive advertisers in evading Meta's detection and enforcement against misleading ads, based on negative customer feedback ("the Customer Feedback Score").  Meta surveys users on their experience after clicking on ads on Facebook, namely, whether the product quality met their expectations, shipping was timely, and about their customer service experience.  Meta uses this Customer Feedback Score to identify policy violating behavior by advertisers and merchants and to take various enforcement measures against misleading ads and Facebook Pages, such as ad restrictions, financial penalties, account disables, and other technical means ("Enforcement Measures").

2.     Defendant's business, Customer Feedback Score Solutions ("CFSS"), provided fake reviews and feedback for ads (collectively "Fake Engagement") on Facebook in order to artificially increase an advertiser's Facebook Customer Feedback Score.  Defendant used a network of Facebook user accounts - a mix of fake and hired user accounts - to provide the Fake Engagement in exchange for a fee.  Through his business, Defendant interfered with and continues to interfere with Facebook, created an inauthentic experience for Facebook users, attempted to influence Facebook users, and facilitated misleading ads on Facebook for his own enrichment.

3.     Defendant's actions violate Meta's Terms of Service ("Terms"), Advertising and Page Policies ("Policies" and collectively with "Terms," "Terms and Policies"), and California law.  Accordingly, Meta seeks damages and injunctive relief to stop Defendant's use of its platform and products in violation of its Terms and Policies.

**PARTIES**

4.     Plaintiff Meta is a Delaware corporation with its principal place of business in Menlo Park, California.  Meta operates, among other products, Facebook and Instagram.

COMPLAINT AND DEMAND FOR JURY TRIAL

5.      Chad Taylor Cowan is a resident of Yallingup, Western Australia.  Cowan operates the unincorporated business CFSS through the website cfs.solutions.  The CFSS website describes the service as "[e]very Facebook Marketers secret weapon" and a way for advertisers to "improve [their Facebook] Customer Feedback Score."  Ex. 1.  The domain name - cfs.solutions - was registered on or about July 16, 2020, using an anonymization service that concealed the registrant's identity.  Ex. 2.  On or about March 12, 2021, Cowan registered CFSS with the Australian Business Register.  Ex. 3.  In addition to CFSS, over the last several years Cowan operated several ecommerce and marketing businesses, including SOPHT, Naw Media, and Palm and Peak, among others.  Ex. 4.

## JURISDICTION AND VENUE

6.      The Court has jurisdiction over all the causes of action alleged in this Complaint pursuant to 28 U.S.C. § 1332 because complete diversity between Plaintiff and the named Defendant exists, and because the amount in controversy exceeds $75,000.

7.      Defendant used and controlled multiple Facebook accounts and thereby agreed to Meta's Terms and Policies and the Commercial Terms.  The Court has personal jurisdiction over Defendant because Meta's Terms and the Commercial Terms contain a forum selection clause that requires this Complaint be brought in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, and that Defendant submit to the personal jurisdiction of either of those courts for litigating this matter.

8.      Additionally, the Court has personal jurisdiction over Defendant because Defendant knowingly directed and targeted his conduct at California and at Meta, which has its principal place of business in California.  Defendant also transacted business and engaged in commerce in California including by using a Santa Monica based corporation to process client payments that CFSS received for providing Fake Engagement.

9.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the threatened and actual harm to Meta occurred in this District.  Venue is also proper with respect to the

3

Defendant pursuant to 28 U.S.C. §1391(c)(3) because the Defendant does not reside in the United States.

10.     Pursuant to Civil L.R. 3-2(c), this case may be assigned to either the San Francisco or Oakland Division because Meta is located in San Mateo County.

## FACTUAL ALLEGATIONS

### A.     Background on Facebook

#### 1.     Advertising on Facebook

11.     Facebook is a social networking website and mobile application operated by Meta that enables its users to create their own personal profiles and connect with each other on their personal computers and mobile devices.  As of February 2, 2022, Facebook daily active users averaged 1.93 billion and monthly active users averaged 2.91 billion.

12.     Businesses and individuals with a Facebook account can create and place ads on Facebook.  Every week, users create millions of ads on Facebook, which provide advertisers with many options for reaching their target audiences, so long as the ads comply with Facebook's Terms and Policies.

13.     A Facebook Page is a public profile on Facebook designed for businesses to promote a business or other commercial, political, or charitable organization or endeavor.  Only a Facebook user can create or manage a Facebook Page.

14.      Facebook Ads Manager is a tool that enables Facebook users to preview an ad before it is published to other users.  Preview ads are typically displayed in the user's own Facebook News Feed.

15.     Facebook Business Manager is a Facebook tool that helps Facebook users organize and manage multiple Facebook Pages, apps, advertising accounts, and run and track advertising.  A Business Manager account is required to use the Business Manager tool.  Only a Facebook user can create a Business Manager account.

COMPLAINT AND DEMAND FOR JURY TRIAL

16.    Ads on Facebook may be displayed to users in their Facebook News Feeds, based on users' interests and other factors.

17.    The Facebook News Feed is a constantly updating list of stories.  News Feed includes status updates, photos, videos, links, app activity and likes from people, Pages and groups that you follow on Facebook as well as ads.

**2.    Facebook Terms of Service, Commercial Terms, the Pages and Advertising Policies**

18.    Everyone who uses Facebook must agree to Meta's Terms (available at https://www.facebook.com/terms.php) and other rules that govern access to, and use of, Facebook.  Meta's Terms prohibit violations of the Advertising Policies (available at https://www.facebook.com/policies/ads/), Meta's Commercial Terms (available at https://www.facebook.com/legal/commercial_terms), and Facebook's Pages, Groups, and Events Policies ("Page Policies") (available at https://www.facebook.com/policies/pages_groups_events/).

19.    Meta's Terms, Section 3.2.1, prohibits using Facebook "to do or share anything" that (a) violates Meta's Terms or other Terms and Policies, which includes the Advertising and Pages Policies; and (b) "is unlawful, misleading, discriminatory, or fraudulent" or facilitates or supports others in doing so.

20.    Facebook's Page Policies apply to the creators and administrators of Pages on Facebook.  Page  Policy 2.1 states, "Pages . . . must not promote products . . . using deceptive or misleading business practices, including those intended to scam people out of money . . . ."

21.    The Advertising Policies apply to those users that run ads on Facebook. Advertising Policy 4.1 states, "Ads must not violate our Community Standards."  (available at https://www.facebook.com/policies/ads/).  And Facebook's Community Standards (available at https://transparency.fb.com/policies/community-standards/inauthentic-behavior/) prohibit users from artificially boosting the popularity of content on Facebook.

COMPLAINT AND DEMAND FOR JURY TRIAL

22.     Advertising Policy 4.23 states, "Ads must not contain deceptive, false, or misleading claims like those relating to the effectiveness or characteristics of a product or service. . ."

23.     Advertising Policy 4.26, <u>Circumventing Systems</u> states, "Ads must not use tactics intended to circumvent our ad review process or other enforcement systems . . . ."

24.     Advertising Policy 4.27 states, "Ads must not promote products, services, schemes or offers using deceptive or misleading practices, including those meant to scam people out of money or personal information."

### 3.     Facebook Customer Feedback Score and Deceptive Advertising Enforcement

25.     Meta's Terms and Policies prohibit deceptive ads that promote bait-and-switch schemes, whereby users are deceived into purchasing merchandise that is of lesser quality than what was advertised, never receive their merchandise, or experience difficulty obtaining refunds from a business.  Meta has a variety of tools in place to combat ecommerce related abuses.  For example, under Meta's Purchase Protection policy, Meta will refund users the full purchase price of an item, tax and shipping fees for qualifying purchases when the merchandise is not received, the item is damaged or different than advertised, or the seller is not following refund policies.  Meta also surveys its Facebook users for customer feedback in order to identify deceptive advertisers engaged in bait-and-switch schemes.

26.     Meta uses a variety of information from a user's experience related to making a purchase or engaging with a business through ads on Facebook to detect deceptive advertising and ecommerce practices.  Meta sends surveys to users who made purchases or engaged with ads to understand the users' experience after clicking on an ad.  The surveys request feedback on topics such as whether the purchased item was received, shipping speed, order accuracy, customer service, and the business's refund and exchange policy.

27.     Meta also relies on user comments to detect deceptive ads.  Facebook users that see an ad can leave comments about the ad; they can comment on their experience after clicking

COMPLAINT AND DEMAND FOR JURY TRIAL

on the ad; and they can comment about the ad directly on the advertiser's Facebook Page.  User comments can be in the form of written text, an emoji, or both.  User comments about an ad can be seen by other Facebook users who view the same ad and can impact the Customer Feedback Score.

28.      Meta relies on user feedback from those surveys and comments to understand users' experiences with ads on Facebook in order to detect deceptive advertising and to determine what Enforcement Measures, if any, to take against a business advertising on Facebook.  The survey feedback, interactions, and comments are used to give an advertiser a Customer Feedback Score from 0-5.  Depending on the Customer Feedback Score, Meta may employ varying Enforcement Measures such as ad restrictions, financial penalties, account disables, and other technical means.  When a business receives poor user feedback on topics such as shipping speed and product quality, Meta may respond by reducing the number of Facebook users that see that business' ads in their News Feed.  If a business receives a certain amount of negative feedback from users about the business's merchandise or the user's shopping experience with that business, Meta may temporarily or permanently stop the business's ability to advertise on Facebook.  Meta can also employ a range of Enforcement Measures against an advertiser who violates Facebook's Advertising Policies that are unrelated to the Customer Feedback Scores.

29.      Meta notifies businesses when their Customer Feedback Score is too low, and users that advertise on Facebook have access to a Customer Feedback Score dashboard where they can review their Customer Feedback Scores, so they have an opportunity to address the feedback.

**B.    Defendant Accepted Meta's Terms and Policies**

30.      Between August 13, 2011, and March 15, 2022, Defendant created and controlled at least three Facebook user accounts and therefore agreed to the Meta Terms and Polices.

a)      Defendant created a Facebook account on August 13, 2011, with the username "Chad Cowan."

COMPLAINT AND DEMAND FOR JURY TRIAL

b)      Defendant created a Facebook account on May 14, 2019, with the username "Chad T. Cowan."

c)      Defendant created a Facebook account on November 19, 2019, with the username "Keith Robinson."  Facebook disabled this account on June 13, 2021.

31.     Between March 31, 2012, and March 15, 2022, Defendant created and controlled approximately 19 Facebook Pages.

32.     Between February 24, 2013, and March 15, 2022, Defendant created and controlled approximately 16 Facebook advertising accounts.

33.     Between December 24, 2017, and March 15, 2022, Defendant created approximately five Business Manager accounts.

34.     Between March 7, 2012, and March 15, 2022, Defendant created two Facebook Groups.

35.     Between September 21, 2012, and March 15, 2022, Defendant created and controlled one Instagram account with the username "chadcowan_."

**C.      Defendant's Unlawful Fake Engagement Service**

36.     Since on or about September 9, 2020, and continuing to the present, Defendant used the website cfs.solutions to market and provide a Fake Engagement service that artificially increased the Customer Feedback Score for its clients to circumvent Meta's Enforcement Measures.

37.     Through his website, Defendant enabled his clients to interfere with Facebook's Customer Feedback Score system and artificially increase their score "by letting [CFSS's] network of active Facebook users leave feedback on your ads allowing our clients to continue marketing stress free."  Ex. 1.  CFSS's stated purpose was to increase and "improve [the Facebook] Customer Feedback Score."  *Id*.; Figure 1.

COMPLAINT AND DEMAND FOR JURY TRIAL

**Figure 1: Defendant's CFSS Home Page as Shown on February 1, 2022**



38.     Defendant's Fake Engagement service promoted itself as a way advertisers could avoid Enforcement Measures against deceptive ads and ecommerce abuse.  Defendant expressly warned his clients that "[CFSS] is set up in a way to keep all customers safe from any kinds of bans or problems with Facebook and to this day, none of our clients have had any issues.  That being said, if a situation did occur, you are purchase [sic] feedback from us at your own risk and we are not responsible for any problems that may occur."  Ex. 5

39.     In and around December 2020, Defendant advertised and promoted CFSS on Facebook.  Defendant used a fake Facebook user account, that he controlled, to promote the CFSS in Facebook Groups focused on advertising and ecommerce.  For example, on December 9, 2020, Defendant used his fake Facebook account to post the following in the Facebook Group Clickfunnels & Facebook Ads Mastermind, "[w]hen Facebook changed the Customer Feedback Score minimum for advertising . . . my [Facebook] page was very close to the banned from advertising line.  I scoured the web trying to find a solution and finally came across a service called CFS Solutions.  Basically they help you receive positive feedback and fix your score… They fixed my score… I'd highly recommend giving them a try… https://cfs.solutions/."

COMPLAINT AND DEMAND FOR JURY TRIAL

40.     Defendant also advertised using Google.  As shown below in Figure 2, searching certain terms such as "CFS Solutions Facebook" using Google returned ads for CFSS in the search results.

**Figure 2:  Defendant's Google Ad as Shown on August 11, 2021**



41.     To use Defendant's Fake Engagement service, CFSS clients visited the order page located at https://cfs.solutions/products/pricing and were provided various service options based on the delivery speed and number of Facebook accounts for which they wanted to provide the Fake Engagement.

42.     As shown below in Figures 3 and 4, Defendant charged between $18.70 and $29.00 for different amounts of Fake Engagement designed to minimize the impact of negative, authentic user feedback.  Defendant offered to provide Fake Engagement from 10 or 15 different Facebook accounts.  And CFSS users could make a one-time purchase of fake feedback or select "Feedback on Autopilot," which delivered Fake Engagement every 2, 3, 7, 15, or 30 days.

COMPLAINT AND DEMAND FOR JURY TRIAL

**Figure 3: CFSS Pricing on November 23, 2021**



**Figure 4: CFSS Subscription Service Pricing November 23, 2021**

43.    Once a client completed an order, they uploaded the link for the Facebook ad on the CFSS website, which sent it to an "account farm," a network of Facebook accounts acting at CFSS's direction.  Those accounts were used to insert a preview of the ad into their Facebook News Feeds.  They would then complete the customer feedback surveys with fake feedback

COMPLAINT AND DEMAND FOR JURY TRIAL

misrepresenting the product quality, delivery speed, or customer service in an attempt to drown out negative feedback by authentic users and avoid Enforcement Measures by Meta.

44.     Since at least September 2020, Defendant, through CFSS, delivered Fake Engagement for at least approximately 550 Facebook Pages.  According to testimonials from Defendant's clients on the CFSS website, CFSS increased a business' Customer Feedback Score and enabled the business to evade Enforcement Measures against deceptive ads and ecommerce abuse.

45.     For example, on or about October 20, 2020, a Facebook user created a Facebook Page for its business, and ran an ad promoting that Page on that same day.  By June 16, 2021, the Page had a Customer Feedback Score of 1.6 due to the user feedback it had received.  Based on its Customer Feedback Score, Facebook warned the business that it may be subject to Enforcement Measures if its Customer Feedback Score dropped lower.

46.     On or about June 17, 2021, CFSS began providing Fake Engagement for that business to evade Enforcement Measures.  Between June 17, 2021, and July 16, 2021, for the purpose of delivering Fake Engagement, CFSS caused the same ad to be inserted approximately 600 times into the News Feeds of approximately 400 unique Facebook user accounts.  Those user accounts were both fake user accounts controlled by CFSS and real users working on behalf of CFSS.  Those Facebook accounts then provided Fake Engagement on the ads they inserted and thereby artificially increased the Customer Feedback Score for their client.

**D.     Meta's Enforcement Efforts**

47.     On March 15, 2022, Meta took various technical enforcement measures against Defendant and his network of accounts, including disabling all of his Facebook and Instagram accounts and Pages.

**E.     Defendant Unjustly Enriched Himself and His Unlawful Acts Have Caused Damage and a Loss to Meta**

48.     Defendant's violations of Meta's Terms and Policies have harmed Meta. Defendant interfered and continues to interfere with Facebook.

COMPLAINT AND DEMAND FOR JURY TRIAL

49.     Meta suffered damages attributable to the efforts and resources it used to investigate and remediate Defendant's conduct in an amount to be determined at trial, and in excess of $75,000.

50.     Since at least September 2020, Defendant has unjustly enriched himself at Meta's expense in an amount to be determined at trial.  Meta is entitled to an accounting by Defendant and a disgorgement of all unlawful profits gained from his conduct.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

51.     Meta realleges and incorporates all paragraphs previously alleged here.

52.     Since at least August 13, 2011, Defendant created and used multiple Facebook user accounts, including Pages, Groups, and ad accounts and agreed to Meta's Terms and Policies.  Meta's Terms and Policies constitute an agreement between Defendant and Meta. Defendant also agreed to Meta's Terms and Policies through the use of the service.

53.     Meta has performed all conditions, covenants, and promises required of it in accordance with Meta's Terms and Policies.

54.     Meta's Terms and Policies prohibit, among other things, using Facebook "to do or share anything" that violates Meta's Terms and Policies, "is unlawful, misleading, discriminatory, or fraudulent" or facilitate or support others in doing so; using Pages to "promote products . . . using deceptive or misleading business practices, including those intended to scam people out of money . . . ."; "us[ing] fake accounts" to advertise on Facebook; "artificially boost the popularity of content or engage in behaviors designed to enable other violations under our Community Standards"; using ads that use "tactics intended to circumvent [Meta's] ad review process" or other enforcement systems; and engaging in in "inauthentic behavior," which is defined as using Facebook assets to mislead people or Meta.

55.     Defendant violated every one of the above prohibitions through the operation of his illegal service that was created to injure Meta and its community.

COMPLAINT AND DEMAND FOR JURY TRIAL

56.     Meta has suffered damages as a result of Defendant's many breaches of Meta's Terms and Policies in an amount to be proven at trial, including damages for expenses incurred to investigate and remediate the breaches.

## SECOND CAUSE OF ACTION

### (Unjust Enrichment)

57.     Meta realleges and incorporates all paragraphs previously alleged here.

58.     Defendant's acts as alleged herein constitute unjust enrichment by the Defendant at Meta's expense.

59.     Defendant operates a commercial service that was built with the sole purpose of artificially increasing Facebook users' Customer Feedback Score by providing inauthentic behavior and fraudulent survey answers to Meta.  This behavior impaired the intended operations of Facebook, interfered with Meta's service and platform, and Defendant wrongfully obtained money from the operation of his unlawful business.

60.     Defendant received a benefit by profiting from his illegal commercial service which targeted Facebook.  But for Defendants' illegal use of Facebook, he would not have received the profits he achieved.

## THIRD CAUSE OF ACTION

### (Intentional Interference with Contractual Relations)

61.     Meta realleges and incorporates all paragraphs previously alleged here.

62.     Each of the Facebook user accounts providing Fake Engagement as part of Defendant's "account farm" exists pursuant to a valid contract with Meta, including Meta's Terms and Policies.

63.     Each of Defendant's customers who purchased Fake Engagement from Defendant had a valid contract with Meta, including Meta's Terms and Policies, the Page Policies, and the Advertising Policies.

COMPLAINT AND DEMAND FOR JURY TRIAL

64.     Defendant had knowledge that the other participants in his scheme, including both the purchasers and providers of Fake Engagement, have contractual relationships with Meta under the Terms and Policies, the Page Policies, and the Advertising Policies.

65.     Defendant took intentional acts designed to induce breaches of the contractual relationships between Meta and both the Fake Engagement purchasers and Fake Engagement providers.  Those acts include, but are not limited to, offering for sale and selling Fake Engagement through the CFSS website and causing accounts participating in Defendant's account farm to provide Fake Engagement.  Both the purchase and the provision of Fake Engagement are violations of Meta's Terms and Policies, for the reasons explained in this Complaint.

66.     As a result of Defendant's conduct, both Defendant's customers and the accounts in Defendant's account farm breached their contracts with Meta.

67.     Meta has suffered damages as a result of Defendant's actions causing many third-party breaches of Meta's Terms and Policies in an amount to be proven at trial, including damages for expenses incurred to investigate and remediate the breaches.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Meta is entitled to judgment against the Defendant as follows: That the Court enter judgment against Defendant that Defendant has:

1.     Breached his contracts with Meta in violation of California law and that the Court enter an injunction enjoining and restraining Defendant and his agents, employees, successors, assigns, and all other persons acting in concert with or conspiring or affiliated with Defendant from:

      a.  Accessing or attempting to access Meta's platforms and computer systems;

      b.  Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Facebook and Meta's computer system; and

COMPLAINT AND DEMAND FOR JURY TRIAL

c. Engaging in any activity, or facilitating others to do the same, that violates Meta's Terms and Policies;

2. That Meta be awarded damages as permitted by law and in such amounts to be proven at trial, including but not limited to actual damages, consequential damages, disgorgement of ill-gotten gains, and punitive damages.

3. That Meta be awarded attorneys' fees and costs.

4. That Meta be awarded pre- and post-judgment interest as allowed by law.

5. That Defendant be required to provide Meta with an accounting of the benefits he received from his unlawful activity and pay restitution to Meta in an amount equal to his unjust enrichment.

6. That the Court grant all such other and further relief as the Court may deem just and proper.

March 16, 2022.                          Respectfully submitted,

                                         DAVIS WRIGHT TREMAINE LLP
                                         Attorneys for Plaintiff


                                         By  *s/ Bonnie E. MacNaughton*
                                         Bonnie E. MacNaughton, (Bar No. 107402)
                                         DAVIS WRIGHT TREMAINE LLP
                                         920 Fifth Avenue, Suite 3300
                                         Seattle, WA 98104
                                         Telephone: (206) 622-3150
                                         Facsimile: (206) 757-7700
                                         Email: bonniemacnaughton@dwt.com

                                         Rasheed McWilliams (Bar No. 281832)
                                         DAVIS WRIGHT TREMAINE LLP
                                         865 S. Figueroa Street, Suite 2400
                                         Los Angeles, CA 90017
                                         Telephone:    (213) 633-6800
                                         Facsimile:    (213) 633-6899
                                         Email: rasheedmcwilliams@dwt.com

COMPLAINT AND DEMAND FOR JURY TRIAL

John D. Freed (Bar No. 261518)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com

***Of counsel***:
**Meta Platform Enforcement and Litigation**
Jessica Romero
V. RaShawn Woodley
Michael Chmelar

**DEMAND FOR JURY TRIAL.**

Plaintiff hereby demands a jury trial for all issues so triable.

March 16, 2022.                    Respectfully submitted,

                                   DAVIS WRIGHT TREMAINE LLP
                                   Attorneys for Plaintiff

                                   By  *s/ Bonnie E. MacNaughton*
                                   Bonnie E. MacNaughton, (Bar No. 107402)
                                   DAVIS WRIGHT TREMAINE LLP
                                   920 Fifth Avenue, Suite 3300
                                   Seattle, WA 98104
                                   Telephone: (206) 622-3150
                                   Facsimile: (206) 757-7700
                                   Email: bonniemacnaughton@dwt.com

                                   Rasheed McWilliams (Bar No. 281832)
                                   DAVIS WRIGHT TREMAINE LLP
                                   865 S. Figueroa Street, Suite 2400
                                   Los Angeles, CA 90017
                                   Telephone:    (213) 633-6800
                                   Facsimile:    (213) 633-6899
                                   Email: rasheedmcwilliams@dwt.com

                                   John D. Freed (Bar No. 261518)
                                   505 Montgomery Street, Suite 800
                                   San Francisco, CA 94111-6533
                                   Telephone: (415) 276-6500
                                   Facsimile: (415) 276-6599
                                   Email: jakefreed@dwt.com

17

COMPLAINT AND DEMAND FOR JURY TRIAL

*Of counsel*:
**Meta Platform Enforcement and Litigation**
Jessica Romero
V. RaShawn Woodley
Michael Chmelar

COMPLAINT AND DEMAND FOR JURY TRIAL

# EXHIBIT 1

2021-09-20 Screenshot from cfs.solutions





URL: https://cfs.solutions/

## HOW WE HELP.

Unfortunately, accurate feedback is not always left on advertisers ads leading to inaccurate scores which impacts the results that you see from your advertising. We help by letting our network of active Facebook users leave feedback on your ads allowing our clients to continue marketing stress free. Our aim is to increase and improve the Facebook page customer feedback score with our hack.

FIX MY SCORE



## SO MUCH EASIER!

I've been struggling with my customer feedback score for a little while now. I've tried a few things such as using upwork but that is expensive and slow. This company has made the process so much easier. I'm definitely sticking to this.

**M***i**
**USA**



## POSITIVE FEEDBACK FROM ACTIVE USERS

$18.70

○ FEEDBACK ON AUTOPILOT (15%): $18.70

DELIVER EVERY    2 Days

○ ONE-TIME PURCHASE: $22.00

Feedback on Autopilot details

QUANTITY

| 10 ACTIVE USERS | 15 ACTIVE USERS |

ADD TO CART



FOOTER MENU

Search
Contact us
Terms & Conditions
Manage Subscription
Referral Program

KEEP UP WITH OUR SOCIALS

URL: https://cfs.solutions/

2021-09-20 Screenshot from cfs.solutions

© 2021 CFS Solutions. Official Website

 

URL: https://cfs.solutions/

# EXHIBIT 2

2021-12-17 - cfs.solutions Domain Registration Information

# 🔍 Inspect: cfs.solutions

| Domain Profile | Screenshot History | **Whois History** | Hosting History | SSL Profile |
|---|---|---|---|---|

### 2020-07-16 - (a year ago)

| | |
|---|---|
| **Domain** | cfs.solutions |
| **Record Date** | 2020-07-16 |
| **Registrar** | |
| **Server** | whois.nic.solutions |
| **Created** | |
| **Updated** | |
| **Expires** | |
| **Unique Emails** | • abuse@namecheap.com |

2021-12-17 - cfs.solutions Domain Registration Information

```
Domain Name: cfs.solutions
Registry Domain ID: ef735189d48d405ebc5a48804d79f12b-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2020-07-16T05:10:09Z
Creation Date: 2020-07-16T05:10:07Z
Registry Expiry Date: 2021-07-16T05:10:07Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: WhoisGuard, Inc.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Panama
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: PA
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this out
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output f
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output fo
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

## Historical Records

42 records found

URL: https://research.domaintools.com/iris/search/?q=cfs.solutions

2021-12-17 - cfs.solutions Domain Registration Information

# EXHIBIT 3



**Business Name Details**

A S I C
Australian Securities & Investments Commission

Extracted from ASIC's database at AEST 04:40:24 on 17/08/2021

| | |
|---|---|
| Business name: | CUSTOMER FEEDBACK SCORE SOLUTIONS |
| Status: | Registered |
| Registration date: | 12/03/2021 |
| Renewal date: | 12/03/2024 |
| Address for service of documents: | U 11 28 Waterloo Cres . East Perth WA 6004 |
| Principal place of business: | East Perth WA 6004 |
| Holder(s) details: | Holder name: CHAD TAYLOR COWAN |
| | Holder type: Person |
| | ABN: 41 428 370 879 |
| Debtor representative(s): | not applicable |
| Notified successor(s): | not applicable |
| Regulator: | Australian Securities and Investments Commission |

# EXHIBIT 4

2021-08-17 - Australian Business Number Details



**ABN Lookup**

# Current details for ABN 41 428 370 879

## ABN details

| | |
|---|---|
| **Entity name:** | COWAN, CHAD TAYLOR |
| **ABN status:** | Active from 20 Sep 2017 |
| **Entity type:** | Individual/Sole Trader |
| **Goods & Services Tax (GST):** | Not currently registered for GST |
| **Main business location:** | WA 6282 |

## Business name(s)

| Business name | From |
|---|---|
| CUSTOMER FEEDBACK SCORE SOLUTIONS | 12 Mar 2021 |
| SOPHT | 04 Mar 2020 |
| NAW MEDIA | 23 Aug 2019 |
| Palm and Peak | 21 Aug 2018 |
| CHAD COWAN VISUALS | 28 Sep 2017 |

**Disclaimer**
The Registrar makes every reasonable effort to maintain current and accurate information on this site. The Commissioner of Taxation advises that if you use ABN Lookup for information about another entity for taxation purposes and that information turns out to be incorrect, in certain circumstances you will be protected from liability. For more information see disclaimer

URL: https://abr.business.gov.au/ABN/View?abn=41428370879

# EXHIBIT 5

2021-09-20 - Screenshot from cfs.solutions

FIX YOUR CUSTOMER FEEDBACK SCORE!                                                   ✕



HOME   PRICING                                                                    USD      ☰ LOGIN      🛒 0



HOME   PRICING

## TERMS & CONDITIONS

**Service delivery time:**

We deliver all feedback within 2 business days of receiving the customers required information. If the customer is apart of subscription plan and no additional information is required, the service is delivered within 2 business days of the order being placed. In the case of an error within our system meaning that the service can not be complete in time, all customers with open orders will be notified of the delays. If there are any reasons why we are not able to deliver the feedback on your ad, we will contact the customer with a resolution. In this scenario, we are not able to deliver the service until we hear back from the customer.

All customers receive confirmation of their order being complete.

**Pricing:**

The pricing of our service is due to change. If there is a price increase for new customers only, current customers will not be notified of this and they will not see a pricing change in their current subscription. If they choose to cancel that subscription, they will no longer be able to re-access there previous lower price.

If there is a mandatory price increase for all customers, customers with an active subscription will be informed of this and will be given the option to cancel their subscription. If they choose not to cancel their subscription, the price they are charged will change.

**Subscription Cancellation:**

The customer is responsible for there subscription, therefore, if you wish the cancel your subscription you must do so yourself via your customer portal. Once a subscription order goes through, it is not refundable.

**Results and Guarantees:**

Our job is to deliver the requested amount of feedback ordered by the customer within the specific timeframe. We are not responsible for your customer feedback score. Results vary for everyone as it completely depends on how much feedback has already been left by your customers in the past and also how much negative feedback is coming in while we deliver our feedback. We save and provide screenshots for every piece of feedback given on your ads however we can not guarantee any kind of increase as it is out of our control.

**Proof of Service:**

We capture and save screenshots for feedback given on every order. Customers can request to see the screenshots from their order at anytime.

**Facebook Issues:**

Our system is set up in a way to keep all customers safe from any kinds of bans or problems with Facebook and to this day, none of our clients have had any issues. That being said, if a situation did occur, you are purchase feedback from us at your own risk and we are not responsible for any problems that may occur.

**Refund Policy:**

Once an order has been placed and the customer feedback has been delivered, your order is not refundable. Additionally, we can not offer refunds on reoccurring subscription purchases. We work hard to make sure all feedback is delivered within the predicted time. If feedback is not delivered to you within our current delivery time. Please reach out to our support team at support@cfs.solutions. We are not responsible for the customer feedback score and the results from the feedback.



**FOOTER MENU**

Search

Contact us

Terms & Conditions

Manage Subscription

Referral Program

**KEEP UP WITH OUR SOCIALS**

✉

© 2021 CFS Solutions. Official Website



Chat with us 👋



URL: https://cfs.solutions/pages/terms-conditions