Bonnie MacNaughton (Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:       bonniemacnaughton@dwt.com

Rasheed McWilliams (Bar No. 281832)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:   (213) 633-6800
Facsimile:   (213) 633-6899
Email:       rasheedmcwilliams@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       jakefreed@dwt.com

Attorneys for Plaintiff
META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Meta Platforms, Inc., a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Chad Taylor Cowan, dba Customer Feedback Score Solutions,<br><br>*Defendant*. | **Case No. 22-cv-01670-JCS**<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIV. L.R. 3-15**<br><br>Action Filed:  March 16, 2022 |

---

1

**PLAINTIFF'S DISCLOSURES PURSUANT TO F.R.C.P. 7.1 AND LOCAL CIVIL RULE 3-15**
Case No. 22-cv-01670-JCS

1  Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiff Meta Platforms, Inc. ("Meta")
2  hereby discloses that Meta does not have a parent corporation.  To Meta's knowledge, as of
3  March 17, 2022, there is no publicly held corporation that owns 10% or more of its stock.
4  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
5  the named parties, there is no such interest to report.

March 17, 2022.                                    Respectfully submitted,

                                                   DAVIS WRIGHT TREMAINE LLP
                                                   Attorneys for Plaintiff


                                                   By  *s/ Bonnie E. MacNaughton*
                                                   Bonnie E. MacNaughton, (Bar No. 107402)
                                                   DAVIS WRIGHT TREMAINE LLP
                                                   920 Fifth Avenue, Suite 3300
                                                   Seattle, WA 98104
                                                   Telephone: (206) 622-3150
                                                   Facsimile: (206) 757-7700
                                                   Email: bonniemacnaughton@dwt.com

                                                   Rasheed McWilliams (Bar No. 281832)
                                                   DAVIS WRIGHT TREMAINE LLP
                                                   865 S. Figueroa Street, Suite 2400
                                                   Los Angeles, CA 90017
                                                   Telephone:     (213) 633-6800
                                                   Facsimile:     (213) 633-6899
                                                   Email: rasheedmcwilliams@dwt.com
                                                   John D. Freed (Bar No. 261518)
                                                   505 Montgomery Street, Suite 800
                                                   San Francisco, CA 94111-6533
                                                   Telephone: (415) 276-6500
                                                   Facsimile: (415) 276-6599
                                                   Email: jakefreed@dwt.com

                                                   *Of counsel*:
                                                   **Meta Platform Enforcement and Litigation**
                                                   Jessica Romero
                                                   V. RaShawn Woodley
                                                   Michael Chmelar

**PLAINTIFF'S DISCLOSURES PURSUANT TO F.R.C.P. 7.1 AND LOCAL CIVIL RULE 3-15**
Case No. 22-cv-01670-JCS