Bonnie MacNaughton (Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: bonniemacnaughton@dwt.com

Rasheed McWilliams (Bar No. 281832)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: rasheedmcwilliams@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com

Attorneys for Plaintiff
META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Meta Platforms, Inc., a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Chad Taylor Cowan, dba Customer Feedback Score Solutions,<br><br>*Defendant*. | **Case No. 22-cv-01670-JD**<br><br>**PLAINTIFF'S STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: March 16, 2022 |

Plaintiff Meta Platforms, Inc. ("Meta") respectfully submits the following status report in lieu of the Case Management Statement required by the Court's March 23, 2022 Reassignment Order Setting CMC (Dkt. 10).

---

1

**PLAINTIFF'S STATUS REPORT AND MOTION SEEKING CONTINUANCE OF CMC**
Case No. 22-cv-01670-JD

**Defendant's Status.**  Defendant has not yet appeared in this case.  He is a resident of Australia and is currently represented by Australian counsel.  He waived service of Meta's Complaint and Summons, and his current deadline to respond to the Complaint is June 28, 2022.  Dkt. 11.  Meta does not know if Defendant intends to retain U.S. counsel or appear in this case.  Given that, it is premature for the parties to comply with the pre-CMC filing requirements.

**Settlement Status.**  Meta has been in active settlement negotiations with Defendant's Australian counsel for over two months.  On May 31, 2022, Meta proposed a draft settlement agreement to Defendant's counsel and is awaiting comments from Defendant.  Based on the course of the negotiations to date, Meta is hopeful that this case will settle without the need for active litigation.

Given the status of Defendant's representation and the ongoing settlement negotiations, Meta requests a continuance of the June 16 Case Management Conference by approximately 90 days, to September 15, 2022.

June 9, 2022.                             Respectfully submitted,

                                          DAVIS WRIGHT TREMAINE LLP
                                          Attorneys for Plaintiff


                                          By  *s/ Bonnie E. MacNaughton*
                                          Bonnie E. MacNaughton, (Bar No. 107402)
                                          DAVIS WRIGHT TREMAINE LLP
                                          920 Fifth Avenue, Suite 3300
                                          Seattle, WA 98104
                                          Telephone: (206) 622-3150
                                          Facsimile: (206) 757-7700
                                          Email: bonniemacnaughton@dwt.com

                                          Rasheed McWilliams (Bar No. 281832)
                                          DAVIS WRIGHT TREMAINE LLP
                                          865 S. Figueroa Street, Suite 2400
                                          Los Angeles, CA 90017
                                          Telephone:    (213) 633-6800
                                          Facsimile:    (213) 633-6899
                                          Email: rasheedmcwilliams@dwt.com

John D. Freed (Bar No. 261518)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com

*Of counsel*:
**Meta Platform Enforcement and Litigation**
Jessica Romero
Michael Chmelar

**PLAINTIFF'S STATUS REPORT AND MOTION SEEKING CONTINUANCE OF CMC**
Case No. 22-cv-01670-JD