Bonnie MacNaughton (Bar No. 107402)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700
Email:       bonniemacnaughton@dwt.com

Rasheed McWilliams (Bar No. 281832)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:   (213) 633-6800
Facsimile:   (213) 633-6899
Email:       rasheedmcwilliams@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email: jakefreed@dwt.com

Attorneys for Plaintiff
META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Meta Platforms, Inc., a Delaware corporation,<br><br>    *Plaintiff*,<br><br> v.<br><br>Chad Taylor Cowan, dba Customer Feedback Score Solutions,<br><br>    *Defendant*. | Case No. 3:22-cv-01670-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PERMANENT INJUNCTION AND DISMISSAL** |

**WHEREAS,** Plaintiff Meta Platforms, Inc. ("Meta") claims Defendant operated an unlawful business using the website cfs.solutions ("Website") to target Meta and its users. In particular, Meta claims Defendant violated Meta's Terms of Service, Advertising and Page Policies, and California law, by artificially inflating advertisers' Facebook Customer Feedback Score through the advertisement and provision of fake engagement (the "Facebook Fake Engagement Operation");

**WHEREAS**, on March 16, 2022, Meta filed a lawsuit seeking injunctive and monetary relief against Defendant in the United States District Court for the Northern District of California titled *Meta Platforms, Inc. v. Chad Taylor Cowan, dba Customer Feedback Score Solutions*, No. 22-cv-01670-JD (the "Action");

**WHEREAS**, the parties have agreed to resolve this action, and part of that resolution includes the entry of this Stipulated Permanent Injunction.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

### STIPULATED PERMANENT INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the parties, that:

1. Defendant shall notify all their current and future employers, employees and agents of the existence of this Injunction and provide a copy of this Injunction to all current and future employers, employees and agents.

2. Defendant and, with the exception of the attorneys representing Defendant in this case, all other individuals acting on Defendant's behalf who are described in Federal Rule of Civil Procedure 65(d)(2) (collectively, the "Prohibited Parties"), are immediately and permanently ordered and enjoined as follows:

    a. The Prohibited Parties are immediately and for a period of eighteen (18) months from the date Meta filed the Action enjoined from accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Facebook or Instagram for any reason.

    b. The Prohibited Parties are immediately and permanently enjoined from engaging in or assisting others with any scheme, software or malicious code that interacts with Facebook or Instagram to generate artificial reviews for advertisers or otherwise violates Meta's Terms of Service, Advertising and Page Policies, and/or California law.

c. The Prohibited Parties are immediately and for a period of eighteen (18) months from the date Meta filed the Action enjoined from logging into, managing, manipulating, operating, or otherwise taking action on behalf of any Facebook or Instagram account of any Facebook or Instagram user, whether directly or indirectly through a third party, intermediary, or proxy.

3. The Court will retain continuing jurisdiction to enforce the terms of this Stipulated Permanent Injunction and to address any other matters arising out of or regarding this Stipulated Permanent Injunction, including any allegations that the parties have failed to comply with their obligations as set forth in this Stipulated Permanent Injunction, and the parties agree to submit to the Court's jurisdiction for those purposes.

4. The rights and obligations under this Stipulated Permanent Injunction shall benefit, and be binding upon, each of the parties and their respective affiliates, predecessors, successors and assigns.

## **DISMISSAL**

Meta's claims against Defendant are hereby dismissed with prejudice against the Defendant, except the Court retains jurisdiction to enforce this Stipulated Permanent Injunction and Dismissal. Each party bears its own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 30, 2022                              **DAVIS WRIGHT TREMAINE LLP**

By:     */s/John D. Freed*
          Bonnie E. MacNaughton
          Rasheed McWilliams
          John D. Freed
       Attorneys for Plaintiff
       Meta Platforms, Inc.

Dated: August 30, 2022

**DEFENDANT**

By: _____

Chad Taylor Cowan, dba Customer Feedback Score Solutions

### Signature Attestation Pursuant to Local Rule 5-1(h)(3)

I, John Freed, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 30, 2022

By: /s/John D. Freed

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2022    By: _____
                                      JAMES DONATO
                                      United States District Judge